IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JAMES LEE GLOVER | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| DETECTIVE GOOB, ET AL. | : | NO. 11-1953 |

## O R D E R

AND NOW, this 30th day of March, 2011, it is ORDERED as follows:

1. Temporary leave to proceed <u>in forma pauperis</u> is GRANTED for the sole purpose of filing this action in this Court;

2. The Clerk of Court shall TRANSFER this action to the United States District Court for the Western District of Pennsylvania along with a certified copy of the docket, and all papers and the file in this matter; and

3. This case shall be marked CLOSED statistically.

BY THE COURT:

_____
LAWRENCE F. STENGEL, J.